U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN OPEN COURT
U.S.D.C. - Atlanta

OCT - 7 2026

KEVIN P. WEIMER, Clerk
By: Deputy Clerk

Division: Atlanta
(USAO: 2026R00169)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME: Fulton

DISTRICT COURT NO.
1:26CR-473

MAGISTRATE CASE NO.

X Indictment
DATE: October 7, 2026

Information
DATE:

Magistrate's Complaint
DATE:

UNITED STATES OF AMERICA
vs.
MERCEDES RESHARD NEW

GREATER OFFENSE CHARGED: X Felony Misdemeanor

**Defendant Information:**

**Is the defendant in custody?** Yes X No
**Will the defendant be arrested pending outcome of this proceeding?** X Yes No
**Is the defendant a fugitive?** Yes X No
**Has the defendant been released on bond?** Yes X No

**Will the defendant require an interpreter?** Yes X No

District Judge:

Attorney: Tracia M. King
Defense Attorney: