AO 442 (12/85) Warrant for Arrest

Fid: 12028512

USMS: 99998-512

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,

vs.

MERCEDES RESHARD NEW

**AGENT TO ARREST**

**WARRANT FOR ARREST**

CASE NO. 1:26-cr-00473

**UNDER SEAL**

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 14 2026

KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

OCT 8 '26 AM11:52 USMS NGA

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest MERCEDES RESHARD NEW and bring him or her forthwith to the magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

Charging him or her with (brief description of offense): Mail Fraud; Supplemental Nutrition Assistance Program Fraud

in violation of **Title 18, United States Code, Section(s) 1341 and 2; Title 7, United States Code, Section(s) 2024(b)(1)**

KEVIN P. WEIMER
Name of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

[signature]
Signature of Issuing Officer

October 8, 2026 at Atlanta, Georgia
Date and Location

Bail Fixed at $________

By:________
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received: 10-08-2026

SA Seneka Blackwell
Name and Title of Arresting Officer

Date of Arrest: 10-13-2026

Signature of Arresting Officer